Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Jing H. Cherng, Esq. (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com; dfingerman@mount.com;
       gcherng@mount.com

Counsel for Aleph America Corporation and Aleph
       International Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE R. TRACY,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEPH AMERICA CORPORATION and ALEPH INTERNATIONAL CORPORATION,<br><br>            Defendants. | Case No. 2:11-cv-02431-MCE-DAD<br><br>**ORDER GRANTING REQUEST TO SEAL** |

1    Now before the Court is Defendant Aleph America Corporation's Request to Seal documents.

2  Having reviewed the papers and the documents to be sealed, good cause being shown, the Court

3  GRANTS the Request to Seal. The documents bearing Bates stamp numbers ALEPH_SEAL000001-

4  22 are hereby SEALED.

5    IT IS SO ORDERED.

6  Dated:  November 8, 2011

7  _____
   MORRISON C. ENGLAND, JR
8  UNITED STATES DISTRICT JUDGE

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000