Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Jing H. Cherng (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com; dfingerman@mount.com;
           gcherng@mount.com

Counsel for Aleph America Corporation and Aleph
         International Corporation

United States District Court
Eastern District of California, Sacramento Division

| Lawrence R. Tracy, | Case No. 2:11-cv-02431-MCE-DAD |
|---|---|
| Plaintiff | **Stipulation and Order Regarding Case Management Planning** |
| vs. | |
| Aleph America Corporation and Aleph International Corporation | |
| Defendants | |

Lawrence Tracy and Aleph America Corporation (AAC) stipulate and request that the court order as follows.

This case was originally filed in a California state court and was removed to this court on September 14, 2011 (see Docket Nos. 2 and 5).  On that date, the court entered an order (Docket No. 3) requiring the parties to conduct the Rule 26(f) planning conference and to file a joint status report within 60 days — i.e., by November 14, 2011.

Three motions have been filed since September 14, each of which may fundamentally affect the management plan for this case.  On September 21, AAC filed a motion to dismiss (Docket No. 4).  On October 7, Tracy filed a motion to remand this case to state court (Docket No. 8).  On October 20, AAC filed a motion to disqualify Tracy's counsel (Docket No. 16).

1    Tracy believes Aleph International Corporation (AIC) has made a general appearance by
2 joining in the motion to dismiss and need not be served.  In any event, Tracy contends that AIC was
3 served on Nov. 11, 2011 to remove any assertion by AIC otherwise.

4    The parties anticipate that the court's rulings on the pending motions may fundamentally
5 affect their case management plan.  It will be difficult or impossible to develop an appropriate case
6 management plan until the questions raised by these motions are resolved.

7    Accordingly, the parties request that the court continue the deadlines to conduct the Rule 26(f)
8 conference and to file the joint status report until 21 days after the three pending motions are
9 resolved, if such conference and status report are necessary

| Date: November 11, 2011 | Mount, Spelman & Fingerman, P.C. |
|---|---|
| |   /s/ Daniel H. Fingerman |
| | Daniel H. Fingerman |
| | Counsel for Aleph America Corporation and Aleph International Corporation |

| Date: November 11, 2011 | Severson & Werson, P.C. |
|---|---|
| |   /s/ Philip Barilovits (authorized on 11/8/2011) |
| | Philip Barilovits |
| | Counsel for Lawrence Tracy |

Pursuant to stipulation, it is so ordered.  The new deadline for the parties to conduct the Rule 26(f) conference and to file the joint status report will be 21 days after the resolution of the three pending motions (Docket Nos. 4, 8, and 16), which were submitted without hearing on November 17, 2011, if such conference and status report are necessary.

Dated:  November 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000